# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at www.ca4.uscourts.gov/cmecftop.htm.

THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO. **13-2339** as

[✓] Retained  [ ] Court-appointed(CJA)  [ ] Court-assigned(non-CJA)  [ ] Federal Defender  [ ] Pro Bono  [ ] Government

COUNSEL FOR: **Ramona Brockett**

_____ as the
(party name)

[✓] appellant(s)  [ ] appellee(s)  [ ] petitioner(s)  [ ] respondent(s)  [ ] amicus curiae  [ ] intervenor(s)

_/s/ Laura Nagel_
(signature)

| | |
|---|---|
| Laura Nagel | (202) 463-6063 |
| Name (printed or typed) | Voice Phone |
| Alan Lescht & Associates PC | (202) 463-6067 |
| Firm Name (if applicable) | Fax Number |
| 1050 17th Street NW  Suite 400 | |
| Washington, DC  20036 | lauralouisenagel@gmail.com |
| Address | E-mail address (print or type) |

## CERTIFICATE OF SERVICE

I certify that on **November 12, 2013** the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Peter Axlerad
Council, Baradel, Kosmerl & Nolan, P.A.
125 West Street, 4th Floor
P.O. Box 2289
Annapolis, Maryland  21401
axelrad@cbknlaw.com

N. Tucker Meneely
Council, Baradel, Kosmerl & Nolan, P.A.
125 West Street, 4th Floor
P.O. Box 2289
Annapolis, Maryland  21401
Meneely@cbknlaw.com

_/s/ Laura Nagel_                                    **11/12/13**
Signature                                            Date

11/17/2011
SCC