# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## DOCKETING STATEMENT--CIVIL/AGENCY CASES

**Directions:** Counsel must make a **docketing statement (civil/agency) filed** entry in CM/ECF within 14 days of docketing of the appeal, or within the due date set by the clerk's docketing notice, whichever is later. File with the entry the (1) docketing statement form with any extended answers and (2) any transcript order form. Parties proceeding pro se are not required to file a docketing statement. Opposing counsel who finds a docketing statement inaccurate or incomplete may file any objections within 10 days of service of the docketing statement using the ECF event-**docketing statement objection/correction filed**.

| **Appeal No. & Caption** | 13-2339   Jordan A. Brown v. Ramona Brockett |
|---|---|
| **Originating No. & Caption** | 1:11-cv-00240-JFM   Jordan A. Brown v. Ramona Brockett |
| **Originating Court/Agency** | U.S. District Court for the District of Maryland |

| **Jurisdiction** (answer any that apply) | |
|---|---|
| Statute establishing jurisdiction in Court of Appeals | 28 USCS 1291 |
| Time allowed for filing in Court of Appeals | 30 days from entry of final order |
| Date of entry of order or judgment appealed | 10/15/13 |
| Date notice of appeal or petition for review filed | 10/29/13 |
| If cross appeal, date first appeal filed | n/a |
| Date of filing any post-judgment motion | 6/28/13 |
| Date order entered disposing of any post-judgment motion | 10/15/13 |
| Date of filing any motion to extend appeal period | n/a |
| Time for filing appeal extended to | n/a |
| Is appeal from final judgment or order? | ● Yes    ○ No |
| If appeal is not from final judgment, why is order appealable? n/a | |

| **Settlement** (The docketing statement is used by the circuit mediator in pre-briefing review and mediation conducted under Local Rule 33. Counsel may make a confidential request for mediation by calling the Office of the Circuit Mediator at 804-379-4071.) | | |
|---|---|---|
| Is settlement being discussed? | ○ Yes | ● No |

01/30/2013
SCC

| Transcript (transcript order must be attached if transcript is needed and not yet on file) | | |
|---|---|---|
| Is transcript needed for this appeal? | ● Yes | ○ No |
| Has transcript been filed in district court? | ○ Yes | ● No |
| Is transcript order attached? | ● Yes | ○ No |

| Case Handling Requirements (answer any that apply) | | |
|---|---|---|
| Case number of any prior appeal in same case | n/a | |
| Case number of any pending appeal in same case | n/a | |
| Identification of any case pending in this Court or Supreme Court raising similar issue | n/a | |
| | If abeyance or consolidation is warranted, counsel must file an appropriate motion. | |
| Is expedited disposition necessary? | ○ Yes | ● No |
| | If yes, motion to expedite must be filed. | |
| Is oral argument necessary? | ● Yes | ○ No |
| Does case involve question of first impression? | ○ Yes | ● No |
| Does appeal challenge constitutionality of federal or state statute in case to which federal or state government is not a party | ○ Yes | ● No |
| | If yes, notice re: challenge to constitutionality of law must be filed. | |

**Nature of Case** (Nature of case and disposition below. Attach additional page if necessary.)

Appellee filed a Complaint against Appellant on January 28, 2011 and an amended Complaint on August 18, 2011, charging one count of Defamation.

At the conclusion of a jury trial, Appellee was awarded $50,000 in compensatory damages and $150,000 in punitive damages. An Order of Judgment was entered on March 27, 2013 and a corrected Order of Judgment was entered on March 28, 2013.

On June 28, 2013, Appellant filed a Motion for Judgment not on the Verdict, Remittitur, or a New Trial with the trial court.

On September 12, 2013, the Honorable J. Frederick Motz granted remittitur, reducing the damages award to $20,000 in compensatory damages and $20,000 in punitive damages or granting a new trial.

On October 11, 2013, Appellee elected to accept the remitted damages amount in lieu of a new trial.

On October 12, 2013, the District Court entered an Amended Judgment in this matter reflecting the remitted damages amount.

On October 29, 2013, Appellant filed a Notice of Appeal.

**Issues** (Non-binding statement of issues on appeal. Attach additional page if necessary)

1. The Amended Judgment against Appellant is excessive and unsupported by the weight of the evidence. The Appellee introduced no evidence that he was actually harmed by the alleged defamatory statement beyond limited worry and minor embarrassment. Further, there was insufficient evidence to support a conclusion that Appellant acted with malice, thus, there was no support for punitive damages.

2. The District Court erred in granting the Motions to Quash the subpoenas of two defense witnesses who would have supported Appellant's defense that she acted in reasonable reliance on information provided by others and did not act maliciously in publishing the alleged defamatory statements.

**Adverse Parties** (List adverse parties to this appeal and their attorneys; provide party's address if the party is not represented by counsel. Attach additional page if necessary.)

| | |
|---|---|
| Adverse Party: Jordan A. Brown | Adverse Party: Jordan A. Brown |
| Attorney: Peter Axlerad<br>Address: Council, Baradel, Kosmerl & Nolan, P.A.<br>125 West Street, 4th Floor<br>P.O. Box 2289<br>Annapolis, Maryland 21401<br><br>E-mail: axelrad@cbknlaw.com<br><br>Phone: (410) 268-6600 | Attorney: N. Tucker Meneely<br>Address: Council, Baradel, Kosmerl & Nolan, P.A.<br>125 West Street, 4th Floor<br>P.O. Box 2289<br>Annapolis, Maryland 21401<br><br>E-mail: meneely@cbknlaw.com<br><br>Phone: (410) 268-6600 |

**Adverse Parties (continued)**

| | |
|---|---|
| Adverse Party: | Adverse Party: |
| Attorney:<br>Address:<br><br>E-mail:<br><br>Phone: | Attorney:<br>Address:<br><br>E-mail:<br><br>Phone: |

| **Appellant** (Attach additional page if necessary.) | |
|---|---|
| Name: Ramona Brockett<br><br>Attorney: Alan Lescht<br>Address: Alan Lescht & Associates<br>          1050 17th Street NW<br>          4th Floor<br>          Washington, DC  20036<br><br>E-mail: alescht@mindspring.com<br><br>Phone: (202) 463-6036 | Name: Ramona Brockett<br><br>Attorney: Laura Nagel<br>Address: Alan Lescht & Associates<br>          1050 17th Street NW<br>          4th Floor<br>          Washington, DC  20036<br><br>E-mail: lauralouisenagel@gmail.com<br><br>Phone: (202) 463-6036 |
| **Appellant (continued)** | |
| Name:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: | Name:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: |

Signature: _Laura Nagel_  Laura Nagel    Date: 11/12/13

**Counsel for:** Ramona Brockett

---

**Certificate of Service:** I certify that on ___11/12/13___ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below (Attach additional page if necessary):

| | |
|---|---|
| Peter Axlerad<br>Council, Baradel, Kosmerl & Nolan, P.A.<br>125 West Street, 4th Floor<br>P.O. Box 2289<br>Annapolis, Maryland  21401<br>axelrad@cbknlaw.com | N. Tucker Meneely<br>Council, Baradel, Kosmerl & Nolan, P.A.<br>125 West Street, 4th Floor<br>P.O. Box 2289<br>Annapolis, Maryland  21401<br>Meneely@cbknlaw.com |

Signature: _Laura Nagel_  Laura Nagel       Date: 11/12/13

| AO 435 (Rev. 12/03) *Please Read Instructions above* | Administrative Office of the United States Courts  **TRANSCRIPT ORDER** | | FOR COURT USE ONLY DUE DATE: | |
|---|---|---|---|---|
| 1. NAME Laura Nagel | | 2. PHONE NUMBER (202) 463-6036 | 3. DATE 11/12/2013 | |
| 4. MAILING ADDRESS 1050 17th Street NW Suite 400 | | 5. CITY Washington | 6. STATE DC | 7. ZIP CODE 20036 |
| 8. CASE NUMBER 1:11-cv-00240-JFM | 9. JUDGE Hon. J. Frederick Motz | DATES OF PROCEEDINGS | | |
| | | 10. FROM 3/14/2013 | 11. | |
| 12. CASE NAME | | LOCATION OF PROCEEDINGS | | |
| | | 13. | 14. | |

15. ORDER FOR
[X] APPEAL       [ ] CRIMINAL        [ ] CRIMINAL JUSTICE ACT    [ ] BANKRUPTCY
[ ] NON-APPEAL   [ ] CIVIL           [ ] IN FORMA PAUPERIS       [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [X] PRE-TRIAL PROCEEDING | 03/14/2013 |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [X] | [ ] | NO. OF COPIES | 20.00 | 73.00 |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |

| CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional). | ESTIMATE TOTAL | 73.00 |
|---|---|---|
| 18. SIGNATURE *Laura Nagel* | PROCESSED BY | |
| 19. DATE 11/12/2013 | PHONE NUMBER (410) 962-2600 | |
| TRANSCRIPT TO BE PREPARED BY Christine Asif | COURT ADDRESS U.S. District Court for the District of Maryland Baltimore Division 101 W. Lombard Street Baltimore, MD 21201 | |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 73.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 73.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 73.00 |

(Previous editions of this form may still be used)
**DISTRIBUTION:**   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY